# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANTHONY VIGNOLI,

    Petitioner,

vs.

STATE OF NEVADA, *et al.*,

    Respondents.

3:09-cv-00224-LRH-VPC

ORDER

Before the court is respondents' motion for enlargement of time in which to file and serve a response to the petition for writ of habeas corpus (docket #9). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motion is **GRANTED**. Respondents shall have up to and including September 3, 2009, in which to file and serve a response to the petition for writ of habeas corpus.

DATED this 20th day of July, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE