UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANTHONY VIGNOLI, | ) | |
| Petitioner, | ) | 3:09-cv-00224-LRH-VPC |
| vs. | ) | ORDER |
| STATE OF NEVADA, *et al.*, | ) | |
| Respondents. | ) | |

Before the court is respondents' second and third motions for enlargement of time in which to file and serve a response to the petition for writ of habeas corpus (docket #11 and #12). Good cause appearing,

**IT IS THEREFORE ORDERED** that respondents' motions are **GRANTED**. Respondents shall have up to and including December 4, 2009, in which to file and serve a response to the petition for writ of habeas corpus. **No further extensions will be granted absent a showing of extraordinary circumstances**.

DATED this 3rd day of November, 2009.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE